UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNT VERNON SPECIALTY
INSURANCE COMPANY,

        Plaintiff,

v.

PPC REALTY LLC,

        Defendant.

Case No. 3:22-cv-00779-KAD

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, no answer or motion for summary judgment having been served by the Defendant in this Action, the Plaintiff Mount Vernon Specialty Insurance Company ("Mount Vernon") hereby files this Notice of Voluntary Dismissal Without Prejudice, and that Mount Vernon voluntarily dismisses without prejudice as to its claims against the Defendant in this Action.  As grounds therefore, Mount Vernon states that it is filing this Notice of Voluntary Dismissal Without Prejudice in favor of the action filed by Defendant PPC Realty, LLC on July 13, 2022 in the Supreme Court of the State of New York, Rockland County, captioned *PPC Realty LLC v. Stern Agency Inc. & Mount Vernon Specialty Insurance Company* (Index No. 032905/2022).

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

Respectfully submitted,

MOUNT VERNON SPECIALTY
INSURANCE COMPANY

By its attorney,

_/s/Ian J. Gemmell_____
Ian J. Gemmell, (Juris No. 431790)
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
igemmell@peabodyarnold.com

Dated: July 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, July 14, 2022, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PPC Realty, LLC
c/o Nick Palushaj
279-281 East 204th Street
Bronx, New York 10467
*Defendant*

Jack Glanzberg, Esq.
Aboulafia Law Firm, LLC
170 Hamilton Ave, Suite 203
White Plains, NY 10601
T: (212) 684-1422
jack@aboulaw.com
*Attorney for the Defendant*

_/s/Ian J. Gemmell_____
Ian J. Gemmell